*Schley Howard* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *Bates Booth* for respondent.

No. 728. BYRD-FROST, INC. *v.* ELDER. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Webster Atwell* for petitioner. *Mr. P. G. McElwee* for respondent.

No. 731. YVETTE COMPANY *v.* UNITED STATES. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Robert T. Tedrow* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch, William H. Boyd, Earl C. Crouter,* and *Joseph W. Burns* for the United States.

No. 732. CORBETT *v.* EQUITABLE LIFE INSURANCE SOCIETY. February 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas F. O'Mara* for petitioner. *Mr. Henry I. Green* for respondent.

Nos. 733, 734, and 735. WILLCOX, TRUSTEE IN BANKRUPTCY, *v.* GOESS, RECEIVER. February 28, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Morris Ehrlich* for petitioner. *Messrs. Martin Conboy, Bernard Sobol, George P. Barse,* and *John F. Anderson* for respondent.